SAMUEL STRUHL, Appellant, *v.* TRAVELERS INSURANCE COMPANY, Respondent.

Submitted May 23, 1939: decided June 19, 1939.

*Louis E. Schwartz* for appellant.

*Bernard J. McGlinn, Louis P. Galli* and *William J. Moran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.